UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SUNNYVALE POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 5:18-cv-02113-EJD<br><br>**ORDER TO SHOW CAUSE** |

Defendants filed a motion to dismiss on June 20, 2018. The motion is scheduled for hearing on October 11, 2018 at 9:00 a.m. Pursuant to Local Rule 7-3, the deadline for Plaintiff to file an opposition to the motion was July 5, 2018. To date, Plaintiff has not filed any response to Defendants' motion.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If Plaintiff does not, by **July 19, 2018**, file an opposition to the motion or otherwise demonstrate good cause in writing why she has failed to timely prosecute this action, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: July 12, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-02113-EJD
ORDER TO SHOW CAUSE

1