**United States District Court**
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SUNNYVALE POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 5:18-cv-02113-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 38 |

Defendants Clyde Cheng and Pualena Reis ("Defendants") filed a motion to dismiss and noticed the motion for hearing on February 21, 2019. Plaintiff's opposition to Defendants' motion to dismiss was due on November 20, 2018. To date, Plaintiff has not filed or served any opposition. Therefore, the Court hereby issues an ORDER TO SHOW CAUSE why Plaintiff's action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff's response to this ORDER TO SHOW CAUSE must be filed and served no later than December 20, 2018. If Plaintiff does not, by December 20, 2018, file and serve an opposition to Defendants' motion or otherwise demonstrate good cause in writing why she has failed to timely prosecute this action, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: December 5, 2018

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-02113-EJD
ORDER TO SHOW CAUSE