|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| GEORGETTE PURNELL,<br>　　　　　　Plaintiff,<br>　　v.<br>CLYDE CHENG and others,<br>　　　　　　Defendants. | Case No. 18-cv-02113 EJD (NC)<br><br>**ORDER ON FRESNO'S OBJECTION TO DOCUMENT SUBPOENA**<br>Re: Dkt. No. 85 |

The Court today heard the City of Fresno's objection to a document subpoena served by the defendants in this case seeking records for August 30, 2018, regarding Georgette Purnell. The Court determined that under California Penal Code section 13300 defendants demonstrated a "compelling need" for production of the requested Fresno documents. The need and relevance of the documents is to probe the damages asserted by plaintiff Purnell in this excessive force case against Sunnyvale police officers.

The Court also determined that the privacy interests of the witnesses and officers identified in the Fresno records can be shielded by redactions without harm to the probative use of the documents. It is therefore ordered that Fresno produce directly to the defendants' counsel in this case the requested documents by January 29, 2020, in a redacted format, without the names and identifying information of officers and witnesses disclosed. Fresno is also asked to file a brief status report with this Court indicating that it has completed the production. If a protective order is desired to further regulate the use and distribution of the Fresno records, any party (including plaintiff Purnell) or Fresno may move by January 29 for entry of a protective order under Fed. R. Civ. P. 26.

1 Plaintiff Purnell did not appear for the hearing today although she was permitted to participate by telephone. Dkt. No. 86.

The Court will file the Fresno records under seal for good cause shown. The Court reviewed the records in camera at Fresno's request.

**IT IS SO ORDERED.**

Dated: January 15, 2020

_____
NATHANAEL M. COUSINS
United States Magistrate Judge