UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGETTE G. PURNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SUNNYVALE POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No.  5:18-cv-02113-EJD<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 104 |

On July 12, 2018, the Court issued an Order to Show Cause following Plaintiff's failure to file a response to Defendants' first motion to dismiss. Dkt. No. 21. On July 19, 2018, Plaintiff filed a timely response indicating that she never received Defendants' motion. Dkt. No. 22. The order was discharged on July 24, 2018. Dkt. No. 25.

On December 5, 2018, the Court issued a second Order to Show Cause following Plaintiff's failure to file a response to Defendants' second motion to dismiss. Dkt. No. 42. On December 13, 2018, Plaintiff filed a timely response to the order stating that she did not receive the motion to dismiss, which was filed on November 5, 2018, until December 10, 2018. Dkt. No. 44. The Court discharged the Order to Show Cause on December 13, 2018. Dkt. No. 45.

On February 20, 2020, the Court issued a third Order to Show Cause following Plaintiff's failure to file a joint trial setting conference statement. Dkt. No. 95. Plaintiff's response to the order was due March 2, 2020. Plaintiff did not respond until March 19, 2020, stating that she had timely filed a trial setting statement that the Court did not receive. Dkt. No. 96. Despite Plaintiff's untimely response, the Court discharged the Order to Show Cause on March 20, 2020. Dkt. No. 98.

Case No.: 5:18-cv-02113-EJD
ORDER TO SHOW CAUSE

On May 14, 2020, Defendants filed a motion for summary judgment. Dkt. No. 104. The motion is scheduled for hearing on June 25, 2020 at 9:00 a.m. Pursuant to Local Rule 7-3, Plaintiff's opposition to the motion was due on May 28, 2020. To date, Plaintiff has not filed or served any opposition.

Accordingly, the Court hereby issues a fourth order to show cause why this action should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If Plaintiff does not, by June 17, 2020, file an opposition to the motion or otherwise demonstrate good cause in writing why she has failed to timely prosecute this action, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: June 5, 2020

EDWARD J. DAVILA
United States District Judge